JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MARKOS, <br><br> Plaintiff, <br><br> v. <br><br> NEWS PLEXUS LLC d/b/a PENINSULA CHRONICLE, <br><br> Defendant. | Case No.: CV 22-08027-CJC (JEMx) <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

    In this case, Plaintiff Steven Markos alleges that Defendant News Plexus LLC d/b/a Peninsula Chronicle infringed his copyright in his photograph titled "Colonial-149" (Registration No. VA 2-022-927, hereinafter the "Photograph"). (*See* Dkt. 1 [Compl.] ¶¶ 10–11.) This matter came before the Court on Markos's renewed motion for default final judgment (Dkt. 40 [hereinafter "Mot."]). The Court granted Markos's motion. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Markos and against Defendant.

Markos is awarded $30,000 in statutory damages.[1]

In addition, Defendant and its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations or other entities in active concert or participation with it, are **PERMANENTLY ENJOINED** from:

A. Directly or indirectly infringing Markos's copyright in the Photograph or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from the Photograph or to participate or assist in any such activity; and

B. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Photograph.

DATED:	August 22, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**

---

[1] Markos has waived the right to recover his attorneys' fees and will submit a Bill of Costs in accordance with Federal Rule of Civil Procedure 54 and LR 54-2 to recover his taxable costs. (*See* Mot. at 20.)